IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 9 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| KEVIN LAWRENCE, | § § | |
| PLAINTIFF, | § | CIVIL ACTION CAUSE NUMBER |
| v. | § § | |
| WAL-MART ASSOCIATES, INC., | § § | 2:07-CV-0126-J |
| DEFENDANT. | § § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

*Richard L. Wagner*

FOREPERSON

DATE: September __19__, 2008.

**Question Number 1**

Do you find from a preponderance of the evidence that the Defendant discharged the Plaintiff because of his gender in violation of Title VII?

Answer "Yes" or "No."

ANSWER: __No__

If you have answered "Yes" in Question Number 1, then answer Question Number 2.

If you have answered "No" in Question Number 1, then do not answer any further Questions.

**Question Number 2**

Do you find that the Defendant's action in violating Title VII was done with malice or reckless indifference, as these terms have been defined for you in the Court's charge?

Answer "Yes" or "No."

ANSWER: _____

**Question Number 3**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff for his damages sustained as a result of the Defendant's violation of Title VII?

Answer in dollars and cents, if any. Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element.

1) Back Pay from the date of his termination through today that were sustained as a result of the Defendant's violation of the law:

   Answer: $_____

2) Front Pay that in reasonable probability will be sustained in the future:

   Answer: $_____

3) Compensatory damages:

   Answer: $_____

If you have answered "Yes" in Question Number 2 , then answer Question Number 4.  If you have answered "No" to Question Number 4, then do not answer Question Number 4.


**Question Number 4**


What sum of money, if any, if paid now in cash, should be awarded to the Plaintiff in punitive damages?


Answer in dollars and cents, if any.


Answer: $_____